UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                  :

GUANGCHENG CHEN, et al.               :

                         :

            Plaintiffs,       :

                         :              19-CV-11895 (JMF)

       -v-                 :

                         :                 <u>ORDER</u>

MATSU FUSION RESTAURANT INC., et al.,   :

                         :

           Defendants.     :

                         :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed during today's telephone conference, Plaintiffs shall file any amended complaint no later than **May 7, 2020**.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss filed by Defendant J&J Asian Bistro Inc. on April 16, 2020.  *See* ECF No. 18.

       If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendant J&J Asian Bistro Inc. shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If J&J Asian Bistro Inc. files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If J&J Asian Bistro Inc. files a new motion to dismiss or relies upon its prior motion to dismiss, or if Defendants Yi Chang Chen or Matsu Fusion Restaurant Inc. file a motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If no amended complaint is filed, Plaintiffs shall file any opposition to the pending motion to dismiss by **May 7, 2020**.  J&J Asian Bistro Inc.'s reply shall be filed by **May 14, 2020**.

       Plaintiffs are further ORDERED to file any motion for preliminary certification of a collective action no later than **thirty days after any amended complaint is filed**.  Any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       Finally, Defendants are ORDERED to file any motion to disqualify Plaintiffs' counsel no later than **May 22, 2020**.  Any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

As the Court stated during the conference, the parties are strongly encouraged to meet and confer regarding each of the foregoing motions so as to reduce unnecessary motion practice.

SO ORDERED.

Dated: April 22, 2020
　　　　New York, New York

_____
JESSE M. FURMAN
United States District Judge