```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GUANGCHENG CHEN, et al.,                                          :
                                                                  :
                              Plaintiffs,                         :   19-CV-11895 (JMF)
                                                                  :
              -v-                                                 :   ORDER
                                                                  :
MATSU FUSION RESTAURANT INC., et al.,                             :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of the new motion to dismiss filed by Mei Fong Chan and J & Bistro Inc., *see* ECF No. 29, the earlier motion to dismiss filed at ECF No. 18 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **June 11, 2020**. Defendant's reply, if any, is due by **June 18, 2020**.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

Dated: May 29, 2020
      New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge