UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GUANGFU CHEN, et al., :
:
:
Plaintiffs, :
: 19-CV-11895 (JMF)
-v- :
: ORDER TO SHOW CAUSE
:
MATSU FUSION RESTAURANT INC. d/b/a/ Matsu :
Japanese Fusion, et al., :
:
Defendants. :
X
------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

On May 22, 2020, Defendants Mei Fong Chan and J&J Asian Bistro Inc. moved to disqualify John Troy as counsel for Plaintiffs in this matter.  *See* ECF No. 28.  Pursuant to the Court's Order dated April 22, 2020, Plaintiff was required to file any opposition to such a motion within fourteen days — that is, no later than June 5, 2020.  *See* ECF No. 21.  To date, Plaintiff has filed no such opposition.

Accordingly, it is hereby ORDERED that, no later than **June 12, 2020**, Plaintiff shall show good cause in writing why Defendants' motion should not be granted as unopposed.

SO ORDERED.

Dated: June 9, 2020
New York, New York                              _____
                                                JESSE M. FURMAN
                                                United States District Judge