```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GUANGFU CHEN, et al.,

                               Plaintiffs,                            19-CV-11895 (JMF)(SN)

         -against-                                            **ORDER**

MATSU FUSION RESTAURANT, et al.

                               Defendant(s).

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of Judge Furman's October 16, 2020 order, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference, if they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       November 4, 2020
                  New York, New York