UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
GUANGFU CHEN, et al.,                                                   :
                                                                        :
                            Plaintiffs,                                 :     19-CV-11895 (JMF)
                                                                        :
               -v-                                                      :     ORDER
                                                                        :
MATSU FUSION RESTAURANT INC., et al.,                                   :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the new motion to dismiss crossclaims filed by Defendants Matsu Fusion Restaurant Inc. and Yi Chang Chen (the "Moving Defendants"), *see* ECF No. 71, the Moving Defendants' earlier motion to dismiss filed at ECF No. 62 is hereby DENIED as moot. Defendant J & J Asian Bistro Inc.'s ("J & J") opposition to the new motion to dismiss is due by **December 28, 2020**. The Moving Defendants' reply, if any, is due by **January 4, 2021**.

      The Clerk of Court is directed to terminate ECF No. 62.

      SO ORDERED.

Dated: December 14, 2020
      New York, New York
                                            JESSE M. FURMAN
                                           United States District Judge