UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | |
|---|---|
| GUANGFU CHEN and PEIZHENG FAN, On behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>    -against-<br><br>MATSU FUSION RESTAURANT INC. d/b/a Matsu Japanese Fusion;<br><br>J & J ASIAN BISTRO INC. d/b/a Matsu Japanese Fusion; and<br><br>YI CHANG CHEN a/k/a Gary Chen,<br><br>       Defendants. | Case 1:19-cv-11895-JMF<br><br>**NOTICE OF DISCONTINUANCE WITHOUT PREJUDICE** |

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants MATSU FUSION RESTAURANT INC., (hereinafter "Matsu Fusion") and Yi Chang Chen a/k/a Gary Chen (hereinafter "Gary Chen"), and Defendant J & J ASIAN BISTRO INC., (hereinafter "J & J") as follows:

1. The J & J's crossclaims are to be discontinued against MATSU FUSION RESTAURANT INC and Gary Chen, without prejudice and without costs to any Defendant.

2. This notice shall be filed with the Clerk of the Court without further notice.

Dated: January 25, 2021


  /s/ Hui Chen               /s/ Yimin Chen       
By: Hui Chen, Esq.             By: YIMIN CHEN, Esq.

2

*Attorney for Defendants Matsu Fusion Restaurant Inc., and Gary Chen*
136-20 38th Ave., Suite 9E
Flushing, NY 11354
Hui.chen@alum.cardozo.yu.edu

*Attorney for Defendant J & J Asian Bistro Inc.*
3915 Main Street, Ste. 502
Flushing, NY 11354
mindy@ymclaw.com

In light of the stipulation filed at ECF No. 80, the motion to dismiss J & J Asian Bistro Inc.'s crossclaims filed at ECF No. 71 is hereby DENIED as moot. The Clerk of Court is directed to terminate ECF No. 71. SO ORDERED.

January 26, 2021