```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
                                                                           :
GUANGFU CHEN, et al.,                                                      :
                                                                           :
                                       Plaintiffs,                         :
                                                                           :                19-CV-11895 (JMF)
                -v-                                                        :
                                                                           :
MATSU FUSION RESTAURANT, INC.,                                             :
                                                                           :
                                       Defendants.                         :
                                                                           :
-------------------------------------------------------------------------- :
                                                                           :
 GUANGFU CHEN, et al.,                                                     :
                                                                           :
                                       Plaintiffs,                         :
                                                                           :
                -v-                                                        :                21-CV-4757 (JMF)
                                                                           :
HIUYIN LAM, et al.,                                                        :
                                                                           :                ORDER
                                       Defendants.                         :
                                                                           :
-------------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

On May 8, 2020, Plaintiffs Guangfu Chen and Peizheng Fan filed an Amended Complaint in 19-CV-11895. *See* 19-CV-11895, ECF No. 27. On May 27, 2021, Plaintiffs filed a similar Complaint against Defendants Hiuyin Lam and Jessica Doe in 21-CV-4757. *See* 21-CV-4757, ECF No. 1. As of this Order, no motion for consolidation has been filed, but 21-CV-4757 has been accepted by the Court as related to 19-CV-11895, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. No later than **three weeks from the date of this Order**, any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced

pages. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

**By the same date**, the parties in both cases shall file a joint letter (on both dockets), not to exceed five pages, proposing next steps in both cases, including whether and to what extent there is a need for separate discovery in connection with the new case, whether the deadlines in the earlier case need to be adjusted, and whether a conference should be held.

Plaintiffs shall serve a copy of this Order on Defendants Lam and Doe within **two business days** and file proof of such service on the 21-CV-4757 docket.

SO ORDERED.

Dated: June 1, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge