# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

July 29, 2021

*Via* **ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:   Joint Letter regarding Turning In-Person Conference Scheduled for September 1, 2021 into a Telephone Conference:**
> *Chen v. Matsu Fusion Restaurant Inc et al (1:19-cv-11895-JMF)*

Your Honor,

     This office represents the Plaintiff in the above-referenced matter. We write this letter respectfully and jointly with both Defense counsels pursuant to Your Honors order dated August 23, 2021, stating that the parties will have a pretrial conference for the case on September 1st, 2021 at 3:00 pm in person. The Parties respectfully request that the in-person conference scheduled for September 1, 2021 be moved to a telephone conference for the same date and time. This is the parties second request, with your honor granting the first one and granting such request will not prejudice any party in the matter

     On August 4, 2021, Your Honor stated that the conference originally scheduled for August 4, 2021, would be adjourned to September 1, 2021 at 03:00 pm. Additionally, Your Honor stated that the conference on September 1, 2021 at 03:00 pm will be held by telephone and provided the telephone information in the order. *See* Dkt. No. 105. Additionally, on August 13, 2021, your stated that the conference on September 1, 2021 was still in affect pending Defendant Lam Motion to Dismiss. Recently, in Your Honors order dated August 23, 2021, Your Honor stated that the conference coming up will be in person.

     The parties write this letter to further request that the conference schedule on September 1, 2021 be a telephone conference rather than an in-person conference. Your Honor previously ruled on the this in his Order dated August 4, 2021, but the parties are just making sure that the conference scheduled for September 1, 2021, will be held by telephone, rather than in person.

     We thank the Court for its attention to and consideration of this matter and apologies for inconveniencing the court.

                                                     Respectfully submitted,
                                                     TROY LAW, PLLC

                                                     /s/Aaron Schweitzer
                                                     Aaron Schweitzer,

*Attorneys for Plaintiff*

AS/gd

Cc: via ECF
      all counsel of record

Application GRANTED.  The conference scheduled for **September 1, 2021**, at **2:15 p.m.** will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours** before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

August 27, 2021