UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
GUANGFU CHEN, et al.,                                           :
:
Plaintiffs,                     :
:                    19-CV-11895 (JMF)
-v-                            :
:                         ORDER
MATSU FUSION RESTAURANT, INC., et al.,                         :
:
Defendants.                 :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Discovery will proceed as to Defendant Lam, notwithstanding her pending Motion to Dismiss (and the anticipated renewal of her motion with respect to any amended complaint filed by tomorrow's deadline).  *See* ECF No. 107.  The deadline to complete fact discovery with respect to Defendant Lam is **October 12, 2021**.

- Any discovery requests to or from Defendant Lam shall be served no later than **September 3, 2021** and be answered **within 30 days of service**.  No extensions shall be granted.

- The deadline to complete fact discovery as to all other parties is extended to **October 12, 2021,** *solely* for the purposes of taking depositions.  No further extensions shall be granted.  Paper discovery is closed, except as to Defendant Lam, as noted above.

- **No later than October 12, 2021**, the parties shall file a joint letter indicating their respective positions on: (1) referral to the Court-annexed Mediation Program or a magistrate judge; and (2) potential dates for a settlement conference.

- The deadline for any party to move for summary judgment is **November 11, 2021**.  If no party moves for summary judgment, the parties shall, **no later than November 11, 2021**, file a proposed joint pretrial order in accordance with Rule 5(A) of the Court's Individual Rules and Practices for Civil Cases (available at http://nysd.uscourts.gov/judge/Furman).  The parties shall also familiarize themselves and comply with Rules 5(B)-(D), (F), and (G) of the Court's Individual Rules and Practices for Civil Cases regarding submissions to be made in connection with the proposed joint pretrial order.

SO ORDERED.

Dated: September 1, 2021
New York, New York                          _____
JESSE M. FURMAN
United States District Judge