```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
GUANGFU CHEN, et al.,                                          :
                                                               :
                           Plaintiffs,                         :     19-CV-11895 (JMF)
                                                               :
              -v-                                              :         ORDER
                                                               :
MATSU FUSION RESTAURANT INC., et al.,                          :
                                                               :
                           Defendants.                         :
                                                               :
---------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In light of Defendant Lam's new motion to dismiss, *see* ECF No. 123, Defendant Lam's earlier motion to dismiss filed at ECF No. 107 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **October 7, 2021**. Defendant Lam's reply, if any, is due by **October 14, 2021**.

      The Clerk of Court is directed to terminate ECF No. 107.

      SO ORDERED.

Dated: September 24, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                           United States District Judge