```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

GUANGFU CHEN, et al.,

                            Plaintiffs,          19-CV-11895 (JMF)(SN)

            -against-                                 ORDER

MATSU FUSION RESTAURANT, et al.

                            Defendant(s).

--------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

In light of Judge Furman's October 14, 2021 order, the parties are directed to contact the Court by email at Netburn_NYSDChambers@nysd.uscourts.gov to schedule a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 18, 2021
         New York, New York