UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GUANGFU CHEN, et al., :
:
:
Plaintiffs, : 19-CV-11895 (JMF)
:
-v- : MEMORANDUM OPINION
: AND ORDER
MATSU FUSION RESTAURANT INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon review of the parties' papers, Defendant Huiyin Lam's motion to dismiss the Second Amended Complaint is DENIED.  The allegations in the Second Amended Complaint — which, at this stage, must be assumed to be true — are plainly sufficient to support claims against Lam as an employer.  *See* ECF No. 118, ¶¶ 21-43; *see also, e.g.*, *Ocampo v. 455 Hosp. LLC*, No. 14-CV-9614 (KMK), 2021 WL 4267388, at *6 (S.D.N.Y. Sept. 20, 2021) (noting that "[t]he Second Circuit has interpreted 'employment for FLSA purposes as a flexible concept to be determined on a case-by-case basis by review of the totality of the circumstances'" and summarizing the applicable tests (quoting *Barfield v. N.Y.C. Health & Hosps. Corp.*, 537 F.3d 132, 141-42 (2d Cir. 2008)).  Contrary to Lam's assertions, the fact that many of these allegations were added in response to her earlier motion to dismiss is of no moment; that was literally the point of the amended complaint.  *See also* ECF No. 111 (granting leave to amend "to address issues raised by the [earlier] motion to dismiss").  Nor, contrary to Lam's suggestions, are the new allegations inconsistent with the allegations in the earlier complaint — let alone in a way or to a degree that would defeat Plaintiffs' claims.  Accordingly, the motion is DENIED.  The Clerk of Court is directed to terminate ECF No. 123.

      SO ORDERED.

Dated: October 21, 2021
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge