```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GUANGCHENG CHEN,

                                 Plaintiff,                               19-CV-11895 (JMF)

-against-                                             **ORDER**

MATSU FUSION RESTAURANT INC., et al.,

                                Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A settlement conference is scheduled for Monday, January 3, 2022, at 10 a.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday December 27, 2021, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                        _____
                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:     New York, New York
               November 8, 2021