```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GUANGFU CHEN, et al.,

                        **Plaintiffs,**

      -against-

MATSU FUSION RESTAURANT, INC., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

19-CV-11895 (JMF)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      The parties' motion for a videoconference is DENIED. See ECF No. 149. In light of the ongoing public health crisis, the settlement conference will be held telephonically. The parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     New York, New York
                December 29, 2021