

**Taimur Alamgir**
TAlamgir@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

September 22, 2022

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
40 Foley Square
New York, NY 10007

> Given the circumstances, application GRANTED. The
> Clerk of Court is directed to terminate ECF No. 189.
>
> SO ORDERED.
>
> *[signature]*
>
> September 23, 2022

Re:   ***Guangfu Chen et. al. v. Matsu Fusion Restaurant, Inc. et. al.***
      **S.D.N.Y. Case No.: 19-cv-11895 (JMF)**

Your Honor:

    Our firm represents Defendants Matsu Fusion Restaurant, Inc., Apex Japanese Restaurant, Inc, and Yichang Chen a/k/a Gary Chen (together, "Defendants") in the above referenced matter. We write to request a brief, one-week adjournment of the September 28, 2022 deadline to submit the joint pre-trial order ("JPTO") and related materials, until October 5, 2022. This is the second request to extend this deadline. The first, made on consent of opposing counsel, was granted.

    We are aware the Court advised that further extensions would not be granted. Nevertheless, respectfully, we request this brief further extension in view of an emergent health situation in my colleague and co-counsel Mr. Solomon's family (his wife underwent surgery today) which is anticipated to delay finalization of the JPTO and related materials.

    We requested opposing counsel's consent for this brief proposed extension, in view of the circumstances, but have not yet received any response. We apologize to the Court for any inconvenience that this application may cause. In view of the circumstances and the brevity of the extension sought, we respectfully request the Court's indulgence.

    Respectfully Submitted,
    **KAUFMAN DOLOWICH & VOLUCK, LLP**

    *[signature]*

    Taimur Alamgir

cc: All counsel, via ECF.

Encl.