UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GUANGFU CHEN et al., :
:
                Plaintiff, :      19-CV-11895 (JMF)
:
     -v- :      ORDER
:
MATSU FUSION RESTAURANT INC., et al., :
:
                Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For reasons the Court will explain orally at the final pretrial conference scheduled for November 7, 2022, Defendants' partial motion to dismiss is DENIED.

       The Clerk of Court is directed to terminate ECF No. 199.

       SO ORDERED.

Dated: November 3, 2022
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge