```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GUANGFU CHEN, et al.,                                             :
                                                                  :
                              Plaintiffs,                         :
                                                                  :           19-CV-11895 (JMF)
           -v-                                                    :
                                                                  :                 ORDER
MATSU FUSION RESTAURANT INC., et al.,                             :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record earlier today:

- The parties reached a settlement, the material terms of which were put on the record and are immediately binding on the parties whether or not they formalize the settlement in writing.

- The Court has approved the settlement agreement reached by the parties, for the reasons stated on the record.

- The Court retains jurisdiction to enforce the settlement.

- Plaintiffs' counsel shall file any request for fees and costs, supported by contemporaneous billing records, by **November 22, 2022**.

- Pursuant to Local Civil Rule 47.1 and the terms of the parties' settlement, the Court orders that, no later than **November 29, 2022**, Defendants shall pay $1,588.07, which amounts to "the cost of one day's attendance of the jurors," to the Clerk of Court. **Defendants shall enclose a copy of this Order with the payment.**

The Clerk of Court is directed to close this case. All conferences are canceled. All motions are moot.

SO ORDERED.

Dated: November 15, 2022
       New York, New York
                                                    _____
                                                            JESSE M. FURMAN
                                                        United States District Judge