UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :
GUANGFU CHEN et al.,                                     :
                                                         :
                              Plaintiffs,                :
                                                         :              19-CV-11895 (JMF)
                -v-                                      :
                                                         :              ORDER
MATSU FUSION RESTAURANT INC et al.,                      :
                                                         :
                              Defendants.                :
                                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Defendants' motion for reconsideration of the Court's November 15, 2022 Order
requiring Defendants to pay the cost of one day's attendance of the jurors, *see* ECF No. 226, is
DENIED.  A motion for reconsideration "is not a vehicle for relitigating old issues, presenting
the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite
at the apple."  *Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012)
(cleaned up).

        Here, Defendants not only seek to raise new arguments — they seek to raise arguments
that they expressly disclaimed in the settlement agreement, a material term of which was the
Defendants would bear any costs imposed pursuant to Local Civil Rule 47.1.  Defendants'
request to lower the costs imposed is also denied, not only because it too is belated, but also
because the relevant costs extend to all jurors who were summoned, not just to those who were
seated.  If anything, the amount Defendants were ordered to pay is lower than the Court could
have ordered, as the Court did not wait to see if any jurors submitted requests for reimbursement
of parking and toll costs.

        In short, Defendants' motion is DENIED.  The Clerk of Court is directed to terminate
ECF No. 229.

        SO ORDERED.

Dated:  November 30, 2022
        New York, New York                          _____
                                                           JESSE M. FURMAN
                                                    United States District Judge