**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
GUANGFU CHEN and
PEIZHENG FAN,
*on behalf of themselves and others similarly situated,*

                           Plaintiffs,      Case No. 19-cv-11895 (JMF)

                 v.                     **[PROPOSED]**

MATSU FUSION RESTAURANT, INC.       **ORDER**
    d/b/a Matsu Japanese Fusion,            **OF DISMISSAL**
APEX JAPANESE RESTAURANT, INC.    **WITH PREJUDICE**
    d/b/a Matsu Japanese Fusion, and
YICHANG CHEN
    a/k/a Gary Chen,

                           Defendants.
------------------------------------------------------------------x

     IT IS HEREBY ORDERED in the above captioned action, that, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants.

     This Court expressly retains jurisdiction to enforce the Settlement Agreement and the Release of this action, *see* Docket Entry No. 226.

                                         **SO ORDERED**

July 17, 2023
_____            _____
     Dated                                Hon. Jesse M. Furman, U.S.D.J.